**ARLINGTON INDUSTRIES, INC.,**
**Plaintiff–Cross Appellant,**

v.

**BRIDGEPORT FITTINGS, INC.,**
**Defendant–Appellant.**

Nos. 2010–1377, 2010–1400, 2010–1408.

United States Court of Appeals,
Federal Circuit.

June 23, 2011.

Kathryn L. Clune, Crowell & Moring, LLP, Washington, DC, for Plaintiff–Cross Appellant.

Alan M. Anderson, Briggs & Morgan, PA, Minneapolis, MN, for Defendant–Appellant.

Before GAJARSA, MAYER, and PROST, Circuit Judges.

## ON MOTION

## ORDER

GAJARSA, Circuit Judge.

Bridgeport Fittings, Inc. moves for a stay, pending disposition of this appeal, of the permanent injunction entered by the United States District Court for the Middle District of Pennsylvania. Arlington Industries, Inc. opposes. Bridgeport replies.

To obtain a stay, pending appeal, a movant must establish a strong likelihood of success on the merits or, failing that, nonetheless demonstrate a substantial case on the merits provided that the harm factors militate in its favor. *Hilton v. Braunskill,* 481 U.S. 770, 778, 107 S.Ct. 2113, 95 L.Ed.2d 724 (1987). In deciding whether to grant a stay, pending appeal, this court "assesses the movant's chances of success on the merits and weighs the equities as they affect the parties and the public." *E.I. DuPont de Nemours & Co. v. Phillips Petroleum Co.,* 835 F.2d 277, 278 (Fed.Cir. 1987). *See also Standard Havens Prods. v. Gencor Indus.,* 897 F.2d 511 (Fed.Cir. 1990).

Based on the arguments in the motions papers, and without prejudicing the ulti-

mate disposition of this case by a merits panel, we determine that Bridgeport has not met its burden to obtain a stay of the injunction.

Accordingly,

IT IS ORDERED THAT:

The motion is denied.